✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-CR-0109-RCJ-WGC |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| DUSTIN KAVNER, | ) | |
| Defendant. | ) | |

On Wednesday, October 26, 2016, defendant Dustin Kavner was present with counsel for CLEAR Court ("Court Led Efforts At Recovery"). The Court finds that defendant shall serve three (3) days in jail at the Washoe County Detention Facility for violations of his supervised release as follows:

1. On Thursday, November 3, 2016, at 4:00 p.m., the defendant shall self surrender to the United States Marshals Service at the Bruce R. Thompson Courthouse and Federal Building located 400 S. Virginia Street, on the 2nd floor, Reno, Nevada to be taken into custody and transported to the Washoe County Detention Facility at 911 Parr Blvd., Reno, Nevada 89512.

2. On Sunday, November 6, 2016, at 9:00 a.m., the defendant shall be released from custody on his own recognizance.

**IT IS SO ORDERED.**

DATED: October 26, 2016.

_____
ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE