FILED / ENTERED ✓
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 21 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:11-CR-0109-RCJ (WGC) |
| Plaintiff, | ORDER |
| vs. | |
| DUSTIN KAVNER, | |
| Defendant. | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of June 21, 2017, DUSTIN KAVNER'S three-year term of supervised release that commenced on June 15, 2016, is hereby reduced by one year, for a two-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: June 21, 2017.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE